COURT OF APPEAL, THIRD CIRCUIT
**03-438 consolidated with 03-437**

STATE OF LOUISIANA

VERSUS

SIGMUND L. VAN DYKE


**********

APPEAL FROM THE
FOURTEENTH JUDICIAL DISTRICT COURT
PARISH OF CALCASIEU, NO. 21327-02
HONORABLE ALCIDE JOSEPH GRAY, DISTRICT JUDGE

**********

**ELIZABETH A. PICKETT
JUDGE**

**********

Court composed of Oswald A. Decuir, Michael G. Sullivan, and Elizabeth A. Pickett, Judges.

**REVERSED AND REMANDED.**


**PICKETT**, Judge.


For the reasons assigned in the companion case of State v. Sigmund L. Van Dyke, 03-437 (La.App. 3 Cir. / / ), ___ So.2d ___, in which a separate decision has been rendered, the judgment of the trial court is reversed and remanded.

**REVERSED AND REMANDED.**